SCAP-16-0000837

**Electronically Filed
Supreme Court
SCAP-16-0000837
02-NOV-2018
03:37 PM**

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

LC,
Petitioner-Appellant,

vs.

MG and CHILD SUPPORT ENFORCEMENT AGENCY, STATE OF HAWAIʻI,
Respondents-Appellees.

_____

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CAAP-16-0000837; FC-P NO. 16-1-6009)

ORDER DENYING MOTION FOR RECONSIDERATION AND REARGUMENT
(By:  McKenna, Pollack, and Wilson, JJ.,
with Nakayama, J., dissenting separately,
with whom Recktenwald, C.J., joins)

Upon consideration of Petitioner/Appellant LC's Motion for Reconsideration and Reargument filed October 25, 2018 (the "motion"), the memorandum and declaration submitted in support thereof, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied. Contrary to the arguments raised in the motion, (1) although the issue of whether, under Hawaiʻi law, a spouse's lack of consent to artificial insemination or other methods of conception could be a basis for rebutting the marital presumption of parentage was not discussed in the briefs, it was

a major focal point of the oral argument in this case, and no party requested an opportunity to provide supplemental briefing; (2) the Opinion of McKenna, J., as to Part III(B) does not create an "irrebuttable" or "conclusive" presumption of parentage, see n.8 of the Opinion of McKenna, J., as to Part III(B), and (3) the cases and situations cited in the motion are fully distinguishable.

DATED: Honolulu, Hawaiʻi, November 2, 2018.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

